UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAXFUL, INC.,

                Plaintiff,

    -against-

JAN STRANDBERG,

                Defendant.

Case No. 21-cv-3331 (PGG)

**DECLARATION
OF SERVICE**

        GREGORY P. FEIT, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

        1.     I am associated with Becker, Glynn, Muffly, Chassin & Hosinski LLP, attorneys for plaintiff Paxful, Inc. ("Paxful") in this action.

        2.     On July 6, 2021, I served a copy of Paxful's moving papers on its motion for an order, pursuant to Fed. R. Civ. P. 4(f)(3), for an order authorizing service upon defendant Jan Strandberg by alternative means [together, ECF Nos. 11, 12, 13 (the "Motion")] by:

    a.     E-mailing a copy of the Motion to Strandberg at jan@profitcommerce.io, jan@kirkkaus.fi, lucianodianec@gmail.com, and info@yield.app;

    b.     Sending an electronic message to Strandberg via the message function tied to his active LinkedIn account and attaching a copy of the Motion thereto; and

    c.     Dispatching a copy of the Motion by FedEx priority international delivery to Strandberg at the business address of YieldApp OÜ, Rännaku pst 12, 10917 Tallinn, Estonia.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.  Executed in New York, New York, on July 6, 2021.

_____
GREGORY P. FEIT