UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAXFUL, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>JAN STRANDBERG,<br><br>　　　　　　　　Defendant. | **ORDER OF REFERENCE<br>TO A MAGISTRATE JUDGE**<br><br>21 Civ. 3331 (PGG) |
| PAXFUL, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　- against -<br><br>ALEKSEI VEREMEJENKO,<br><br>　　　　　　　　Defendant. | 21 Civ. 3332 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| **X** | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ☐ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ☐ | Specific Non-Dispositive Motion/Dispute:*<br>_____<br>If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:<br>_____ | ☐ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| | | ☐ | Habeas Corpus |
| | | ☐ | Social Security |
| ☐ | Settlement* | ☐ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: _____<br>All such motions: _____ |
| ☐ | Inquest After Default/ Damages Hearing | | |

*Do not check if already referred for general pretrial.

Dated:　New York, New York
　　　　August 27, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge