UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAXFUL, INC., <br><br> Plaintiff, <br><br> - against - <br><br> JAN STRANDBERG, <br><br> Defendant. | **ORDER** <br><br> 21 Civ. 3331 (PGG) (SN) |
| PAXFUL, INC., <br><br> Plaintiff, <br><br> - against - <br><br> ALEKSEI VEREMEJENKO, <br><br> Defendant. | 21 Civ. 3332 (PGG) (SN) |

PAUL G. GARDEPHE, U.S.D.J.:

In light of the referral to Judge Netburn, the proceedings in these related matters

previously scheduled for September 2, 2021, are adjourned sine die.

Dated: New York, New York
       August 30, 2021                SO ORDERED.

_____
Paul G. Gardephe
United States District Judge