UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PAXFUL, INC.,

                        **Plaintiff,**                    **21-CV-03331 (PGG)(SN)**

       -against-                                  **ORDER**

JAN STRANDBERG,

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

On August 27, 2021, the Honorable Paul G. Gardephe referred this case to my docket for general pretrial supervision. No later than January 28, 2022, the parties shall file a joint letter informing the Court whether they wish to proceed with discovery pending the resolution of Defendant's motion to dismiss. If the parties agree that discovery should proceed, the letter should set forth a proposed schedule for the completion of discovery. The letter should also indicate whether the parties wish to schedule a settlement conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
               January 24, 2022