UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PAXFUL, INC.,

                        Plaintiff,

      -against-

JAN STRANDBERG,

                        Defendant.

------------------------------------------------------------X

21-CV-03331 (PGG)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      In light of the settlement recently reached in <u>Paxful, Inc. v. Veremejenko</u>, 21-cv-03332 (PGG)(SN), the parties are ORDERED to meet and confer as to whether a settlement conference would be productive at this time. If the parties would like to schedule a settlement agreement, no later than May 20, 2022, they are directed to contact Courtoom Deputy Rachel Slusher via email at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates.

**SO ORDERED.**

                                                                                    SARAH NETBURN
                                                                                   United States Magistrate Judge

DATED:     May 11, 2022
                 New York, New York