UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PAXFUL, INC,

                Plaintiff,                      21 **CIVIL** 3331 (PGG)(SN)

    -against-                            **JUDGMENT**

JAN STRANDBERG,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 28, 2022, the Court adopts the Report & Recommendation in its entirety. Strandberg's motion to dismiss is GRANTED, and the case is dismissed without prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
        September 30, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                          **BY:**

                                                        **Deputy Clerk**